## OnForce Financial Accommodations Agreement

This Financial Accommodations Agreement (the "Agreement") is entered into as of the date set forth below, by and between OnForce, Inc., a corporation incorporated under the laws of the state of Delaware ("Issuer") and SA IT Services, a corporation incorporated under the laws of the state of _GEORGIA_ ("Customer"). The Customer has requested that the Issuer make a financial accommodation to it in the form of trade credit, and the Issuer is prepared to make the financial accommodation upon the terms and conditions set forth herein. Accordingly, the parties hereto agree as follows:

CREATION OF LINE OF CREDIT. A credit line of up to $25,000 will be assigned to Customer as part of Customer's OnForce Buyer Command Center profile (**BCC ID #21838**), provided, however, that Issuer reserves the right to modify (including, without limitation, to reduce) or terminate such credit line in its sole discretion. The line of credit must be repaid by Customer at the agreed upon terms during the term of this Agreement, and in whole at any time that Customer closes its account with the OnForce Buyer Command Center.

PAYMENT TERMS: Payment for credit extended is due ("Due Date") on the 30th calendar day following the day in which Issuer provides Customer an invoice for paid work orders processed through BCC ID #21838 during the previous week. Balances outstanding 21 days subsequent to the Due Date will be considered delinquent. Delinquent balances will be assessed a late charge of 1.5% per billing period and a $25.00 late fee, or the maximum late charge and late fee permitted by law, whichever is the lesser, and such amounts will be due and payable upon assessment.

FORM OF PAYMENT: Payment shall be made via check to OnForce (as detailed on the web site) for the full Funding amount, when due.

EVENT OF DEFAULT. Should Customer default in any payment(s) when due, Issuer shall have the right, without notice to Customer, to declare all Funding amounts immediately due and payable. Further, in the event that Customer breaches, or causes a default to occur under, this Agreement (including, without limitation, Customer's breach of any of the Policies), Customer will be liable to Issuer for all costs and expenses, including late charges and fees and reasonable attorney fees or other costs of collection, incurred by Issuer in protecting, preserving or enforcing its rights hereunder.

TERMINATION OF AGREEMENT. Either Issuer or Customer may immediately terminate this Agreement at any time, for any reason, by provision of written notice. In the event of termination by either party, Customer shall pay in full, in cash, all outstanding amounts due to Issuer. In the event that Customer either relinquishes, or Issuer removes Customer's access rights to, the OnForce Buyer Command Center, the date of such relinquishment or removal shall be deemed a termination as set forth hereinabove.

CUSTOMER ACCOUNT ACCESS. Customer agrees to give access to its OnForce Buyer Command Center account information only to such company personnel, agents and/or representatives as is/are authorized to make purchases for the Customer (each such user, an "Authorized User"). Customer and any Guarantor (collectively, the "Responsible Parties") agree that they shall be jointly and severally liable for any and all charges accruing under this Agreement, including but not limited to unpaid accounts, interest and penalties (collectively, without limitation, "Charges"), on account of accrual of Charges by (i) any Authorized User, and/or (ii) any unauthorized user.

ISSUER POLICIES INCORPORATED BY REFERENCE; AGREEMENT TERMS CONTROL. All sales of products and services by Issuer to Customer, including but not limited to purchases entered into at Issuer's online web site, www.onforce.com (the "web site"), will be subject to Issuer's Policies (as they may be amended or updated from time to time, the "Policies") as set forth on the web site, and the Policies are incorporated by reference herein. In the event of conflict with the Policies, the terms and conditions set forth in this Agreement shall control.

LIMITATION OF LIABILITY: Under no circumstances shall Issuer be liable for consequential, incidental, indirect or punitive damages for any claim arising out of or relating to this Agreement.

Exhibit 1

ATTORNEY(S) FEES. In the event Issuer should commence any action or actions, or otherwise seek to enforce this agreement against Customer, Customer agrees to pay reasonable attorney(s) fees, court costs and other expenses of collection incurred by Issuer, whether or not suit is filed. Any controversy or legal claim arising out of or relating to this agreement or our services, excluding legal action taken by OnForce to collect our fees and/or recover damages for, or obtain an injunction relating to, the OnForce site operations, intellectual property, and our services, shall be settled by binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association. Any such controversy or claim shall be arbitrated on an individual basis, and shall not be consolidated in any arbitration with any claim or controversy of any other party.

The arbitration shall be conducted in Boston, Massachusetts, and judgment on the arbitration award may be entered into any court having jurisdiction thereof. Either Customer or Issuer may seek any interim or preliminary relief from a court of competent jurisdiction in the Commonwealth of Massachusetts necessary to protect its rights or property pending the completion of arbitration. Should either party file an action contrary to this provision, the other party may recover attorney's fees and costs.

NON-ASSIGNABILITY. This agreement is not transferable or assignable without prior written consent of Issuer.

ISSUER RIGHT TO DECLINE FURTHER FINANCIAL ACCOMMODATION. Issuer reserves the right to decline credit to Customer at any time and, in the event credit is extended to Customer, to change or revoke Customer's credit limit on the basis of changes in Issuer's credit policies or Customer's financial condition and/or payment record. Customer acknowledges and agrees that Issuer's provision of credit as set forth in this Agreement constitutes the extension of financial accommodations to or for the benefit of Customer within the meaning of section 365(c) of the Bankruptcy Code and entails the assumption by Issuer of significant credit risks.

CHOICE OF LAW. This Agreement shall be interpreted and enforced under the laws of the Commonwealth of Massachusetts, without regard to conflict of law principles.

CHOICE OF VENUE. The jurisdiction and venue of any legal proceedings for the resolution of disputes arising under or in connection with this Agreement between Customer and Issuer shall be in the federal or state courts of Boston, Massachusetts, U.S.A.

E-MAILS AS WRITTEN NOTICE: For purposes of any notice provision hereunder, the parties agree that electronic writings shall be deemed to be writings, notwithstanding any law in any jurisdiction to the contrary.

Customer hereby agrees to Issuer's terms and conditions as set forth herein and in the Policies.

Company Name: __SA IT SERVICES, INC.__

Officer/Owner Signature: _[signature]_  Date: __10 / 25 / 12__

Printed Name and Title of Officer/Owner: __CHRIS COMBS, COO__