## BUYER TERMS AND CONDITIONS

These Buyer Terms and Conditions (these "Terms") dated October 21, 2012, govern the rights and obligations between SA IT Services and OnForce Services, Inc. ("OnForce ("OnForce") in connection with your purchase of on-site services ("On-Site Services") pursuant to work orders ("Work Order") issued by you through an online platform (the "OnForce Platform") owned and operated by OnForce, Inc., that are accepted by service technicians ("Service Pros") and your use of the OnForce Platform. Each of you and OnForce is referred to herein from time to time as a "Party" and together, as the "Parties".

TERMS APPLICABLE TO THE ONFORCE PLATFORM AND THE ON-SITE SERVICES

<u>General Description of the OnForce Platform</u>. The OnForce Platform makes available to you a network of Service Pros that are available to provide On-Site Services. OnForce recruits, screens and provides payment distribution to Service Pros. On-Site Services may be requested by issuing a Work Order on the OnForce Platform. Each Work Order will describe the On-Site Services to be performed by the Service Pro and any equipment, material, tools, or software to be provided by the Service Pro, together with the location at which the On-Site Services are to be performed, the price you are willing pay for the On-Site Services (such price, once accepted by a Service Pro, is referred to herein as the "Work Order Price"), requested appointment date and arrival times, scope of work, and any documentation required to support the On-Site Service.

<u>How the OnForce Platform Works</u>. The OnForce Platform allows you to dispatch or "route" Work Orders to a Service Pro based on routing rules which may include, but are not limited to, skill set, technical certifications, background screening and drug screening. The OnForce Platform allows you to manage these Work Orders until the satisfactory completion of the On-Site Services by the Service Pro, at which time you agree to accept completion of the Work Order for payment by OnForce, as described below. Upon your acceptance of completion of the Work Order, OnForce will transfer an amount equal to the Work Order Price of each approved Work Order (less OnForce fees charged to the applicable Service Pro (the "Service Fees")) to the applicable Service Pro's account maintained on the OnForce Platform.

<u>Work Orders</u>. A Work Order is a purchase request for a task or series of tasks for On-Site Services that will be completed at a single location or place of business. A Work Order cannot be used as a vehicle to facilitate the completion of work at more than one location or place of business. In the instance of longer-term project work, a Work Order cannot engage a Service Pro for a period of time that exceeds one week or 40 consecutive hours. If OnForce determines, in its sole discretion, that a Work Order does not comply with the foregoing limitations, OnForce will notify you of such non-compliance and will provide you a detailed schedule of its findings, calculating the additional Access Fees that are owed by you to OnForce as a result of such non-compliance ("Additional Access Fees"). In addition, OnForce reserves the right to remove funds from your OnForce Platform account to satisfy the Additional Access Fees. In addition, OnForce reserves the right to terminate your use of the OnForce Platform and your OnForce Platform account if it is determined by OnForce, in its sole discretion, that you have violated the foregoing limitations. All Work Orders are expressly subject to, and shall not become binding until, acceptance by a Service Pro.

<u>Fees for Use of the OnForce Platform; Payment Terms and Processing</u>. You will pay OnForce an access fee (the "Access Fee") per routed Work Order (as published on the OnForce Platform, subject to any applicable discounts separately negotiated between OnForce and you) and the Work Order Price of each completed Work Order. OnForce may change its Access Fee from time to time. Our changes are effective immediately upon posting to the OnForce Platform. All

Exhibit 2