```
 1   EXAMINATION BY MS. FRATELLO:
 2       Q.    What about private protocol EDI
 3   specifications?
 4       A.    No.
 5       Q.    What about, it looks like a document
 6   entitled, "When a Technician Asks What is
 7   TechWA?"
 8       A.    TechWA is like the tech web -- stands
 9   for web access.  It's like a portal for
10   technicians to use.
11       Q.    Do you recall receiving that document
12   back from Mr. Seifert?
13       A.    No.  Only thing I recall Mr. Seifert
14   sending was a laptop -- we didn't even get the
15   power cord back -- a box of business cards,
16   like his own cards from Barrister, you know, a
17   box of those.  And that was essentially all I
18   recall him sending.  It was a very small box.
19   In fact, I believe it came on our FedEx
20   account.
21       Q.    And was it one laptop or two laptops?
22       A.    I only recall one laptop.
23       Q.    How many laptops did he have?
24       A.    There's been -- someone stated on our
25   side at Barrister that he was -- he actually
```

Exhibit 4

1   had two laptops, because one of the trips when
2   he came down, he had forgotten a laptop or
3   something like that, so they issued him another
4   laptop because there was no point in having him
5   in the building without a working device.
6        Q.   And that laptop contained information
7   that is privy to only Barrister information or
8   other personal information of Mr. Seifert's?
9   Do you know that?
10       A.   These were both Barrister devices,
11  and our communication policy, which Mr. Seifert
12  signed, prohibits you from using your system
13  for anything other than work.
14            So that's why when we asked for the
15  system back, and we had to beg and keep calling
16  and you had to -- our counsel had to call and
17  da, da, da, we were shocked that he didn't want
18  to return it because there was nothing on it
19  other than our stuff.  And then we were
20  flabbergasted that the entire device, including
21  the operating system, everything was wiped off
22  of it.  He did what's called a DOD wipe.
23       Q.   And do you recall how long he had
24  those products after he left the employ of
25  Barrister?