1    Did Eric assist Barrister in preparing the RFP
2    response?
3        Q.    Yes.
4        A.    Not that I know of.  Eric had access
5    to all of our standard RFP documents, though.
6        Q.    Do you remember if you met with
7    Okidata before or after Mr. Seifert resigned?
8        A.    I would -- I would believe it was
9    after, but not sure.
10       Q.    What about meeting with Dan Benish?
11   Was that before or after Eric Seifert resigned?
12       A.    I don't remember when, but I believe
13   that was -- my belief would be that would be
14   before Eric left.
15       Q.    I want to make this very clear.  And
16   I'm coming back and forth, but we're just kind
17   of cleaning up from Travis' questions.
18       A.    Sure.
19       Q.    Because Travis did such a good job.
20   MR. WILKINSON:
21           Thank you.
22   THE WITNESS:
23           Can we make sure that's on the
24   record?
25   EXAMINATION BY MR. COONS:

Exhibit 6

(504) 833-3330          CURREN-LANDRIEU, LLC       FAX (504) 833-3355
(800) 487-3376          WWW.CURRENLAND.COM        CURRENLAND@AOL.COM