KNOWLES, M.J.
JULY 23, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARRISTER GLOBAL SERVICES NETWORK, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2759** |
| **SEIFERT, et al** | **SECTION "L" (2)** |

     A Settlement Conference was conducted this date.

     Present:    Stephanie Fratello
                     Travis Wilkinson
                     David Coons

     Following discussions among the parties, the above-captioned case has settled.  The Settlement was read into the record on July 23, 2014.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                              _____
                                            **DANIEL E. KNOWLES, III**
                                            **UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:00)